EZEKIEL E. CORTEZ
1010 Second Avenue, Suite 1850
San Diego, California 92101
California State Bar # 112808
(619) 237-0309

Attorney for Defendant: Maria del Rocio Flores-Huerta

FILED

08 JAN 29 PM 4:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE NITA L. STORMES)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Case No. 08MJ0113 |
| Plaintiff, | ) |
| vs. | ) **MOTION FOR** |
| | ) **SUBSTITUTION OF ATTORNEYS** |
| MARIA DEL ROCIO FLORES-HUERTA | ) |
| Defendant. | ) |

The undersigned hereby agree that Ezekiel E. Cortez, Esq., shall be substituted as counsel for defendant, Maria del Rocio Flores-Huerta, and that Steven E. Feldman, shall be relieved as counsel in the above-captioned case.

**IT IS SO AGREED.**

Dated: 01/24/008

_____
MARIA FLORES-HUERTA
Defendant

Dated: 1/24/08

_____
STEVEN E. FELDMAN, Esq.

Dated: 01/24/08

_____
EZEKIEL E. CORTEZ, Esq.

**IT IS SO ORDERED.**

Dated: 1-28-08

_____
HON. NITA L. STORMES
U.S. Magistrate Court Judge