FILED
2008 FEB 12 AM 11: 33
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury   08 CR 0289 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 31, U.S.C., - |
| ) | Secs. 5316(a)(1)(A) and |
| MARIA DEL ROCIO FLORES-HUERTA, ) | 5324(c)(1) - Failure to File |
| ) | Reports on Exporting Monetary |
| Defendant. ) | Instruments; Title 31, U.S.C., |
| ) | Sec. 5332(a) - Bulk Cash |
| ) | Smuggling; Title 31, U.S.C., |
| ) | Secs. 5316 and 5317(c)(1), |
| ) | 5332(a)(1), (b)(2) and (c)(3) - |
| ) | Criminal Forfeiture |

The grand jury charges:

Count 1

On or about January 13, 2008, within the Southern District of California, defendant MARIA DEL ROCIO FLORES-HUERTA, with intent to evade a currency reporting requirement of Title 31, United States Code, Section 5316, did transport and was about to transport more than $10,000 in monetary instruments, to wit, approximately $241,240.00 in U.S. currency, at one time, from a place in the United States to or through a place outside the United States, to wit, the Republic of Mexico, without filing the report required by Title 31, United States Code, Section 5316; in violation of Title 31, United States Code,

CJB:nlv:San Diego
2/11/08

Sections 5316(a)(1)(A) and 5324(c)(1), and Title 31, Code of Federal Regulations, Section 103.23(a).

## Count 2

On or about January 13, 2008, within the Southern District of California, defendant MARIA DEL ROCIO FLORES-HUERTA, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, did knowingly conceal more than $10,000 in currency, to wit, approximately $241,240.00 in U.S. currency, concealed in a vehicle, to wit, a 2007 Chevy Avalache, and attempt to transport such currency from a place in the United States to or through a place outside the United States, to wit, the Republic of Mexico; in violation of Title 31, United States Code, Section 5332(a).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 and 2 are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America.

2. Upon conviction of the offense alleged in Count 1, defendant MARIA DEL ROCIO FLORES-HUERTA shall forfeit to the United States all property, real and personal, involved in said offense and all property traceable to such property, including but not limited to, the 2007 Chevy Avalache, vin number 3GNEC12007G285425, bearing California license plate number 8J46203, and $241,240.00 in United States currency; all in violation of Title 31, United States Code, Sections 5316 and 5317(c)(1).

//
//
//
//

3.   Upon conviction of the offense alleged in Count 2, defendant MARIA DEL ROCIO FLORES-HUERTA, shall forfeit to the United States all property, real and personal, involved in said offense and all property traceable to such property, including but not limited to, the 2007 Chevy Avalache, vin number 3GNEC12007G285425, bearing California license plate number 8J46203, and $241,240.00 in United States currency; all in violation of Title 31, United States Code, Sections 5332(a)(1), (b)(2) and (c)(3).

DATED: February 12, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

3