1  KAREN P. HEWITT
   United States Attorney
2  JOSEPH J.M. ORABONA
   Assistant U.S. Attorney
3  California State Bar No. 223317
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-7736
   Facsimile:  (619) 235-2757
6  Email: joseph.orabona@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8

9

10                        UNITED STATES DISTRICT COURT

11                     SOUTHERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,            )   Criminal Case No. 08CR0289-JM
                                         )
14                  Plaintiff,           )   Date:   March 7, 2008
                                         )   Time:   11:00 a.m.
15         v.                            )
                                         )   The Honorable Jeffrey T. Miller
16  MARIA DEL ROCIO FLORES-HUERTA,       )
                                         )   **UNITED STATES' NOTICE OF MOTIONS
17                  Defendant.           )   AND MOTIONS FOR**
                                         )
18                                       )   **1)    RECIPROCAL DISCOVERY**
                                         )   **2)    LEAVE TO FILE FURTHER
19                                       )          MOTIONS**
                                         )
20  _____ )

21        The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P.

22  HEWITT, United States Attorney, and Joseph J.M. Orabona, Assistant United States Attorney, hereby

23  files its Motions For Reciprocal Discovery and Leave to File Further Motions.  These motions are based

24  on the files and records of this case, together with the attached statement of facts.

25  / /

26  / /

27  / /

28  / /

**I**

## STATEMENT OF THE CASE

On February 12, 2008, a federal grand jury in the Southern District of California returned an Indictment charging Maria Del Rocio Flores-Huerta ("Defendant") with one count of failing to file reports on exporting monetary instructions, in violation of 31 U.S.C. §§ 5316(a)(1)(A) and 5324(c)(1), with one count of bulk cash smuggling, in violation of 31 U.S.C. §§ 5332(a), and with one count of criminal forfeiture, in violation of 31 U.S.C. §§ 5316, 5317(c)(1), 5332(a)(1), (b)(2) and (c)(3). On February 12, 2008, Defendant was arraigned on the Indictment and pled not guilty. The Court set the motion hearing and trial setting for March 7, 2008. On February 21, 2008, Defendant filed the above-captioned motions. The United States files the following response.

**II**

## STATEMENT OF FACTS

### A.    EVENTS LEADING UP TO DEFENDANT'S ARREST

#### 1.    Primary Southbound Inspection Lane

On January 13, 2008, at approximately 2:45 p.m., Customs and Border Protection Officer D. Flores was conducting Anti-Terrorist and Contraband Enforcement Team southbound operations at the San Ysidro, California, Port of Entry. Defendant was the driver of a black, 2007 Chevy Avalanche, bearing California license plate number "8J46203", with her three minor children as passengers. Defendant drove the vehicle into the southbound lane manned by Officer Flores, and Defendant presented Officer Flores with a California driver's license. Defendant told Officer Flores that she was going to visit her mother in Mexico. Defendant gave Officer Flores a negative declaration. Officer Flores asked Defendant whether she was taking more than $10,000 in U.S. currency to Mexico, and Defendant said that she was not. Defendant gave a third negative declaration to Officer Flores.

#### 2.    Secondary Inspection Area

Officer Flores escorted the vehicle to the west secondary inspection area for an x-ray. During the escort, Defendant stated that the vehicle belonged to a friend and that her car had broken down. Defendant also freely stated that she had been unemployed for the last four months. An x-ray of the vehicle was taken, and Officer Flores conducted a further inspection of the vehicle, at which time, he

discovered that a piece of the corner of the floor of the vehicle had been cut out. Using a screwdriver, Officer Flores probed the hole in the floor and felt the screwdriver hit an object. Officer Flores used his flashlight and inspected the hole in the floor, where he subsequently found several packages wrapped in beige masking tape. Officer Flores removed 15 packages from a non-factory compartment in the vehicle, and discovered that each of the packages contained U.S. currency. The 15 packages contained a total of $241,240. Defendant was arrested.

### B.    DEFENDANT'S POST-MIRANDA STATEMENT

On January 13, 2008, at approximately 5:25 p.m., U.S. Immigration and Customs Enforcement Special Agents M. Martinez, using Special Agent A. Sanchez as a witness, advised Defendant of her Miranda rights in the Spanish language. Defendant acknowledged that she understood her rights, and agreed to waive her Miranda rights and speak with the agents without the presence of counsel.

Defendant stated that the vehicle she was driving belonged to Arturo Delgado. Mr. Delgado asked Defendant's husband, Carlos Tena, whether Defendant would be willing to smuggle the U.S. currency into Mexico. Defendant stated that an individual she knows as "Huarache" gave her the vehicle in San Ysidro, California.

Defendant believed the currency she was smuggling derived from the sale of narcotics because Defendant knew that Mr. Delgado was a narcotics trafficker. Defendant admitted that she had smuggled U.S. currency for Mr. Delgado on a prior occasion, for which Mr. Delgado paid her $300. Defendant admitted that she expected to receive $300 for smuggling currency on this occasion. Defendant also took her children with her on her first smuggling venture, and her husband, Mr. Tena, was waiting for her in Mexico. Defendant said she would meet Mr. Tena in Mexico, leave the vehicle, and Mr. Tena would drive the family back to the United States.

/ /

/ /

/ /

/ /

/ /

/ /

08CR0289-JM

# III

# UNITED STATES' MOTIONS

### A.    MOTION FOR RECIPROCAL DISCOVERY

The United States hereby requests Defendant deliver all material to which the United States may be entitled under Fed. R. Crim. P. 16(b) and 26.2.

#### 1.    Defendant's Disclosures Under Fed R. Crim. P. 16(b)

On February 21, 2008, Defendant invoked Fed. R. Crim. P. 16(a) in his discovery motion and the United States has voluntarily complied and will continue to comply with the requirements of Fed. R. Crim. P. 16(a). Therefore, Fed. R. Crim. P. 16(b), requiring that reciprocal discovery be provided to the United States, is applicable.

As of the date of this Motion, the United States has produced 79 pages of discovery and 1 DVD-rom containing Defendant's post-arrest statements. The United States hereby requests Defendant permit the United States to inspect, copy, and photograph any and all books, papers, documents, photographs, tangible objects, or make copies of portions thereof, which are within the possession, custody or control of Defendant and which Defendant intends to introduce as evidence in his case-in-chief at trial.

The United States further requests that it be permitted to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, which are in the possession or control of Defendant, which he intends to introduce as evidence-in-chief at the trial, or which was prepared by a witness whom Defendant intends to call as a witness. Because the United States will comply with Defendant's request for delivery of reports of examinations, the United States is entitled to the items listed above under Fed. R. Crim. P. 16(b)(1). The United States also requests that the Court make such order as it deems necessary under Fed. R. Crim. P. 16(d)(1) and (2) to ensure that the United States receives the discovery to which it is entitled.

#### 2.    Witness Statements Under Fed. R. Crim. P. 26.2

Fed. R. Crim. P. 26.2 requires the production of prior statements of all witnesses, except a statement made by Defendant. Fed. R. Crim. P. 26.2 requires reciprocal production of statements, in accordance with the Jencks Act.

08CR0289-JM

1    The timeframe established by Fed. R. Crim. P. 26.2 requires the statement to be provided

2  after the witness has testified.  In order to expedite trial proceedings, the United States hereby

3  requests Defendant be ordered to supply all prior statements of defense witnesses by a reasonable

4  date before trial to be set by the Court.  Such an order should include any form in which these

5  statements are memorialized, including but not limited to, tape recordings, handwritten or typed

6  notes and/or reports.

7    **B.    MOTION FOR LEAVE TO FILE FURTHER MOTIONS**

8    Should new information or legal issues arise, the United States respectfully requests the

9  opportunity to file such further motions as may be appropriate.

10    **IV**

11    **CONCLUSION**

12    For the foregoing reasons, the United States requests the Court grant the United States'

13  Motions for Reciprocal Discovery and Leave to File Further Motions.

14    DATED: February 29, 2008

15    Respectfully submitted,

16    KAREN P. HEWITT
       United States Attorney

17    /s/ *Joseph J.M. Orabona*
18    JOSEPH J.M. ORABONA
       Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0289-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| v. | ) | |
| | ) | |
| MARIA DEL ROCIO FLORES-HUERTA, | ) | |
| | ) | |
| Defendant. | ) | |
| —————————————————— | ) | |

IT IS HEREBY CERTIFIED that:

I, Joseph J.M. Orabona, am a citizen of the United States and am at least eighteen years of age.  My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of **The United States' Motions for Reciprocal Discovery and Grant Leave to File Further Motions** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

> Ezekiel E. Cortez
> Law Office of Ezekiel E. Cortez
> 1010 Second Avenue, Suite 1850
> San Diego, California 92101
> Email: lawforjustice@aol.com
> *Lead Attorneys for Defendant*

A hard copy is being sent to chambers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 29, 2008

/s/ *Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant United States Attorney