Ezekiel E. Cortez
CA Bar No. 112808
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
www.lawforjustice@aol.com

Attorneys for Defendant: Maria Del Rocio Flores-Huerta

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### (THE HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>  Plaintiff,<br><br>vs.<br><br>MARIA DEL ROCIO FLORES-HUERTA,<br><br>  Defendant, | Case No. 08CR-289-JM<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION FOR CONTINUANCE** |

I, Ezekiel E. Cortez, declare under oath as follows:

1. I am Attorney of record for Maria Del Rocio Flores-Huerta;

2. Sentencing in this case is currently scheduled to take place on June 20, 2008;

3. The plea agreement in this case allowed for motions for departures on different bases.

4. Counsel for the government and counsel for the defendant are seeking a continuance in order to develop information critical to her sentencing;

5. Counsel for Ms. Flores-Huerta anticipates the completion of the post plea work within the next two to three months;

//

//

//

//

---

*Declaration of Counsel for Stipulated Continuance, U.S. v. Kasper, et al,* **04CR1765-JM**

**1**

6. Government counsel has been contacted and agrees with this request.

I declare the foregoing as true and under oath and to the best of my ability.

                                                Declarant,

Dated: 11 June 2008                      /S/ Ezekiel E. Cortez
                                                Ezekiel E. Cortez
                                                Attorney for Defendant
                                                Maria Del Rocio Flores-Huerta