*Order Granting Joint Motion for Continuance, U.S. v. Flores-Huerta,* 08CR-289-JM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## (THE HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | Case No. 08CR-289-JM |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING** |
| MARIA DEL ROCIO FLORES- ) | **JOINT MOTION FOR** |
| HUERTA, ) | **CONTINUANCE** |
| Defendant, ) | |

**IT IS HEREBY ORDERED,** that the sentencing hearing presently scheduled before Judge Miller on June 20, 2008 at 9:00 a.m. be continued to *August 22, 2008 at 9:00 a.m.*

IT IS SO ORDERED.

Dated: June 11, 2008

_____
HON. JEFFREY T. MILLER
U.S. DISTRICT COURT JUDGE

---

*Order Granting Joint Motion for Continuance, U.S. v. Flores-Huerta,* 08CR-289-JM

**1**