Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Defendant: Maria Del Rocio Flores-Huerta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES GOVERNMENT,  )<br>Plaintiff,  )<br>vs.  )<br>MARIA DEL ROCIO FLORES-  )<br>HUERTA,  )<br>Defendant,  ) | Case No. 08CR-289-JM<br><br>**JOINT MOTION FOR CONTINUANCE OF SENTENCING** |

**COMES NOW** the parties, Joseph J.M. Orabona, Assistant United States Attorney, and Ezekiel E. Cortez, counsel for defendant, Maria Del Rocio Flores-Huerta, respectfully requesting that the sentencing hearing presently set for August 22, 2008 at 9:00 a.m. be continued until September 5, 2008 at 9:00 a.m.

Dated: 8/19/08                    /S/ Joseph J.M. Orabona by consent
                                  JOSEPH J.M. ORABONA
                                  Assistant United States Attorney

Dated: 8/19/08                     /S/ Ezekiel E. Cortez
                                  EZEKIEL E. CORTEZ
                                  Attorney for Defendant
                                  Maria Del Rocio Flores-Huerta

---

*Joint Motion for Continuance of Sentencing,* **08CR-289-JM**

**1**

EZEKIEL E. CORTEZ
California State Bar # 112808
1010 Second Avenue, Suite 1850
San Diego, California  92101
(619) 237-0309
Email: www.lawforjustice@aol.com

Attorney for Defendant: Maria Del Rocio Flores-Huerta

**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
**(THE HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| United States of America, | Case No. 08-CR-289-JM |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| MARIA FLORES-HUERTA | |
| Defendant, | |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Joint Motion for Continuance of Sentencing on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 19 August 2008              /S/Ezekiel E. Cortez
                                   Ezekiel E. Cortez

---

*Joint Motion for Continuance of Sentencing,* **08CR-289-JM**

**2**