Ezekiel E. Cortez
CA Bar No. 112808
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
www.lawforjustice@aol.com

Attorneys for Defendant: Maria Del Rocio Flores-Huerta

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(THE HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES GOVERNMENT, | Case No. 08CR-289-JM |
| Plaintiff, | **DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION FOR CONTINUANCE** |
| vs. | |
| MARIA DEL ROCIO FLORES-HUERTA, | |
| Defendant, | |

I, Ezekiel E. Cortez, declare under oath as follows:

1. I am Attorney of record for Maria Del Rocio Flores-Huerta;

2. Sentencing in this case is currently scheduled to take place on August 22, 2008;

3. The plea agreement in this case allowed for motions for departures on different bases;

4. Counsel for the defendant has recently concluded the development of the information necessary for her sentencing;

5. This final continuance will allow both counsel for the government and counsel for the defendant to prepare and file all necessary sentencing materials needed for the Court to determine a fair and just sentence in this case;

//

//

//

---

*Declaration of Counsel in Support of Continuance, U.S. v. Flores-Huerta, 08CR-289-JM*

1

6. Government counsel has been contacted and agrees with this request.

I declare the foregoing as true and under oath and to the best of my ability.

Dated: August 19, 2008

Declarant,

Ezekiel E. Cortez
Attorney for Defendant
Maria Del Rocio Flores-Huerta