# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | Case No. 08CR-289-JM |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING JOINT MOTION FOR CONTINUANCE** |
| MARIA DEL ROCIO FLORES-HUERTA, ) ) | |
| Defendant, ) | |

**IT IS HEREBY ORDERED,** that the hearing presently scheduled for August 22, 2008 at 9:00 a.m. is continued until September 5, 2008 at 9:00 a.m. Absent exigent circumstances, this matter will not be continued again.

IT IS SO ORDERED.

Dated: August 21, 2008

_____
HON. JEFFREY T. MILLER
U.S. DISTRICT COURT JUDGE

---

*Order Granting Joint Motion for Continuance, U.S. v. Flores-Huerta,* **08CR-289-JM**

**1**