FILED
SEP - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DEL ROCIO FLORES-HUERTA,<br><br>Defendant. | Case No. 08cr0289-JM<br><br>PRELIMINARY ORDER OF<br>CRIMINAL FORFEITURE |

WHEREAS, in the Indictment in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant pursuant to Title 31, United States Code, Sections 5332(a)(1), (b)(2) and (c)(3) as properties involved in and traceable to the felony violation of Title 31, United States Code, Section 5332(a) as charged in the Indictment; and

WHEREAS, on or about March 13, 2008, the above-named Defendant, MARIA DEL ROCIO FLORES-HUERTA ("Defendant"), pled guilty before Magistrate Judge Nita L. Stormes to Count Two of the Indictment, and on September 5, 2008, this Court accepted the guilty plea of Defendant, which plea included consent to the criminal forfeiture allegations pursuant to Title 31 as set forth in Count Two of the Indictment; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the forfeited properties and the offense; and

//

1     WHEREAS, by virtue of said guilty plea, the United States is now entitled to possession of said properties, pursuant to 31 U.S.C. § 5332 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

    WHEREAS, pursuant to Rule 32.2(b)(3), the United States having requested the authority to take custody of the following properties which were found forfeitable by the Court, namely:

    a)   $241,240.00 (Two Hundred Forty-One Thousand, Two Hundred Forty Dollars) in United States Currency, and

    b)   One 2007 Chevy Avalanche, VIN number 3GNEC12007G285425, bearing California license plate number 8J46203; and

    WHEREAS, the United States, having submitted the Order herein to the Defendant through her attorney of record, to review, and no objections having been received;

    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1.   Based upon the guilty plea of the Defendant, the United States is hereby authorized to take custody and control of the following assets, and all right, title and interest of Defendant MARIA DEL ROCIO FLORES-HUERTA in the following properties are hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

    a)   $241,240.00 (Two Hundred Forty-One Thousand, Two Hundred Forty Dollars) in United States Currency, and

    b)   One 2007 Chevy Avalanche, VIN number 3GNEC12007G285425, bearing California license plate number 8J46203.

2.   The aforementioned forfeited assets are to be held by Immigration and Customs Enforcement in its secure custody and control.

3.   Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties.

4.   Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(3), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website,

www.forfeiture.gov, notice of this Order, notice of Immigration and Customs Enforcement's intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the properties, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought.

6. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7. Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED: 9/5/08

JEFFREY T. MILLER, Judge
United States District Court